UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE CONNER

VERSUS

LOUISIANA DEPARTMENT OF HEALTH
AND HOSPITALS

CIVIL ACTION

NO. 02-284-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 25, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss plaintiff's claims is granted in part and denied in part in that defendant's motion will be denied except as to plaintiff's state law claims, which are dismissed based on the defendant's assertion of sovereign immunity as to those claims, to the extent they were asserted.

Baton Rouge, Louisiana, October 27, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA