UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE CONNOR** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 02-284-RET-DLD** |
| **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS** | |

### ORDER

The Court *sua sponte* raises the question of jurisdiction over the subject matter in this case, in connection with the plaintiff's claims of race discrimination, and, accordingly,

**IT IS ORDERED** that defendant shall file a memorandum concerning subject matter jurisdiction on or before **November 25, 2008**, and plaintiff shall file a memorandum concerning same on or before **December 15, 2008**. The parties' memoranda shall address the implications for this case of the Fifth Circuit's decisions in *Pacheco v. Mineta*, 448, F.3d 783 (5th Cir. 2006) and *Gerac-Ogashi v. Iberia General Hospital*, 952 F. Supp. 360 (W.D.La., 1996), regarding failure to exhaust administrative remedies as they relate to plaintiff's claims of race discrimination.

Signed in Baton Rouge, Louisiana, on November 13, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**