UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE CONNER

VERSUS

LOUISIANA DEPARTMENT
OF HEALTH AND HOSPITALS

CIVIL ACTION

NO. 02-284-C

## *RULING*

In this appeal, plaintiff seeks review of the magistrate judge's ruling of December 9, 2008 (rec. doc. 62).

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error.  28 U.S.C. § 636(b)(1)(A).  Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error.  Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated December 9, 2008 is hereby AFFIRMED.

Baton Rouge, Louisiana, January 7, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA